NO. 07-03-0100-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D 

APRIL 11, 2003

______________________________

IN THE MATTER OF M.D.G., A MINOR CHILD

_________________________________

FROM THE JUVENILE COURT OF FLOYD COUNTY;

NO. 2002-30; HON. WILLIAM D. HARDIN, PRESIDING 

_______________________________

Before QUINN, REAVIS, and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellant M.D.G., a minor child, by and through her attorney, has filed a motion to dismiss this appeal because they longer desire to prosecute it.  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn

   Justice